IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-00781-REB-PAC

SHRINERS HOSPITALS FOR CHILDREN, a Colorado corporation,

    Plaintiff(s),

v.

QWEST COMMUNICATIONS INTERNATIONAL, INC., a Delaware corporation having its principal office and place of business in Denver, Colorado, et al.,

    Defendant(s).

_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that the Unopposed Motion to Adjourn November 13, 2006 Scheduling/Planning Conference and Related Deadlines [filed September 28, 2006; Doc. No. 96] is **GRANTED** as follows:

    The Scheduling Conference set for November 13, 2006 is *vacated.*

Dated:  September 29, 2006