**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  04-cv-00781-REB-PAC

SHRINERS HOSPITALS FOR CHILDREN, a Colorado corporation,

    Plaintiff,

v.

QWEST COMMUNICATIONS INTERNATIONAL INC., a Delaware corporation having its principal office and place of business in Denver, Colorado, et al.

    Defendants.

## ORDER GRANTING DEFENDANTS' MOTION TO CONSOLIDATE

**Blackburn, J**

This matter is before me on **Qwest Communications International Inc.'s Unopposed Motion to Consolidate** [#106], filed November 29, 2006.  Under FED. R. CIV. P. 42(a), the court may consolidate cases involving common questions of law or fact.  I grant the motion.

The plaintiff in the above-captioned case, Shriners Hospital for Children, Inc., asserts claims based on alleged violations of § 10(b) of the 1934 Securities Act, claims based on alleged violations of other state and federal securities laws, and claims based on Colorado common law.  The same plaintiff asserts similar claims in Case No. 06-cv-02189-MSK-MEH, *Shriners Hospital for Children, Inc. v. Arthur Andersen & Co., et al.*  The plaintiff's claims in Case No. 06-cv-02189-MSK-MEH against Qwest and others are based on factual allegations that are, in large part, the same as those in the above-captioned case.  The plaintiff in 06-cv-02189-MSK-MEH also has asserted some claims not asserted in the above-captioned case, and has named some defendants not named in the above-

captioned case. However, the claims in both cases involve proof of the same type. In short, the above-captioned case involves questions of law and fact common with Case No. 06-cv-02189-MSK-MEH. The defendants do not object to consolidation of these two cases.

**THEREFORE, IT IS ORDERED** as follows:

1) That **Qwest Communications International Inc.'s Unopposed Motion to Consolidate** [# 106], filed November 29, 2006, is **GRANTED**;

2) That under FED. R. CIV. P. 42(a), and D.C.COLO.LCivR 42.1, Case No. 06-cv-02189-MSK-MEH, *Shriners Hospital for Children, Inc. v. Arthur Andersen & Co., et al.*, is **CONSOLIDATED** with the above-captioned case; and

3. That these consolidated actions shall be captioned as shown below:

---

Civil Case No. 04-cv-0781-REB-PAC

(Consolidated with Civil Action No. 06-cv-02189)

SHRINERS HOSPITALS FOR CHILDREN, a Colorado Corporation,

Plaintiff,

v.

QWEST COMMUNICATIONS INTERNATIONAL INC., et al.,

Defendants.

---

Dated December 6, 2006, at Denver, Colorado.

                                              **BY THE COURT:**

                                              **s/ Robert E. Blackburn**
                                              **Robert E. Blackburn**
                                              **United States District Judge**