IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-00781-REB-PAC

SHRINERS HOSPITALS FOR CHILDREN, a Colorado corporation,

      Plaintiff(s),

v.

QWEST COMMUNICATIONS INTERNATIONAL, INC., a Delaware corporation having its principal office and place of business in Denver, Colorado, et al.,

      Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER**

This matter comes before the Court on the parties' Unopposed Motion For Clarification of Order Extending Time and Setting a Briefing Schedule (Docket No. **112,** Filed December 13, 2006). Upon consideration of the submission of the parties, the motion is **granted** as follows:

It is hereby **ORDERED** the defendant shall file an Answer, motion to dismiss, or other responsive pleading to the *Shriners II* complaint no later than **January 15, 2007.** It is further

**ORDERED** Plaintiff may file its brief opposing a defendant's motion to dismiss no later than thirty (30) days after the motion is filed. It is further

**ORDERED** Defendant may file a reply brief in support of a motion to dismiss no later than twenty-five (25) days after plaintiff files its response brief.

Dated: December 13, 2006