**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  04-cv-00781-REB-PAC

SHRINERS HOSPITALS FOR CHILDREN, a Colorado corporation,

    Plaintiff,

v.

QWEST COMMUNICATIONS INTERNATIONAL INC., a Delaware corporation having its principal office and place of business in Denver, Colorado, et al.

    Defendants.

---

**MINUTE ORDER**[1]

---

    The matter before the court is **Qwest's Unopposed Motion for Leave to Exceed Page Limit for Motion of Qwest Communications International Inc. and Qwest Capital Funding to Dismiss Claims Filed in *Shriners Hospitals for Children v. Arthur Andersen & Company*, et al.** [#116], filed January 16, 2007.  Said motion is **GRANTED**.  Defendant Qwest shall have a total of 22 pages to address the allegations in plaintiff's complaint.  The plaintiff shall have 22 pages in length to address the motion to dismiss.

Dated:  January 16, 2007

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.