**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  04-cv-00781-REB-PAC

SHRINERS HOSPITALS FOR CHILDREN, a Colorado corporation,

    Plaintiff,

v.

QWEST COMMUNICATIONS INTERNATIONAL INC., a Delaware corporation having its principal office and place of business in Denver, Colorado, et al.

    Defendants.

---

## MINUTE ORDER[1]

---

    The **Unopposed Motion to Modify the Briefing Schedule Relating to the Motion by the Defendants Qwest Communications International, Inc. and Qwest Capital Funding, Inc. to Dismiss the Complaint in Civil Action 06-cv-02189** [#122], filed January 30, 2007, is **GRANTED**.  Plaintiff's answering papers with respect to the moving defendants' motion to dismiss the complaint in 06-cv-02189 are due on **March 16, 2007**.  Moving defendants' reply papers shall be due on **April 15, 2007**.

Dated:  January 30, 2007
-------------------------------------------------------------------------------------------------------------------

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.