**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  04-cv-00781-REB-PAC

SHRINERS HOSPITALS FOR CHILDREN, a Colorado corporation,

    Plaintiff,

v.

QWEST COMMUNICATIONS INTERNATIONAL INC., a Delaware corporation having its principal office and place of business in Denver, Colorado,
JOEL M. ARNOLD,
WILLIAM L. EVELETH,
GRANT P. GRAHAM,
THOMAS W. HALL,
DOUGLAS K. HUTCHINS,
BRYAN K. TREADWAY,
JOHN M. WALKER,
RICHARD L. WESTON, and "DOES" numbers 1 through 10,
ARTHUR ANDERSON & COMPANY,
QWEST CAPITAL FUNDING, INC., a Delaware corporation,
PHILIP F. ANSCHUTZ,
GREGORY M. CASEY,
STEPHEN M. JACOBSEN,
AFSHIN MOHEBBI,
JOSEPH P. NACCHIO,
FRANK L. NOYES,
CRAIG D. SLATER,
JAMES A. SMITH,
ROBIN R. SZELIGA,
DRAKE S. TEMPEST,
MARC B. WEISBERG, and
LEWIS O. WILKS, and "DOES" numbers 1 through 10,

    Defendants.

## ORDER OF DISMISSAL
## AS TO DEFENDANT THOMAS W. HALL

**Blackburn, J.**

The matter comes before the court on the **Notice of Dismissal Pursuant to Fed.R.Civ.P. 41(a)(1)** [#130], filed May 11, 2007. After careful review of the notice and the file, the court has concluded that the notice should be approved and that plaintiff's claims against defendant, Thomas W. Hall, his personal representative, his estate, successors, and assigns, should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Notice of Dismissal Pursuant to Fed.R.Civ.P. 41(a)(1)** [#130], filed May 11, 2007, is **APPROVED**;

2. That plaintiff's claims against defendants Thomas W. Hall, his personal representative, his estate, and his successors and assigns, **ARE DISMISSED WITH PREJUDICE**, with the parties to pay their own attorney fees and costs; and

3. That the name of Thomas W.Hall **SHALL BE DROPPED** from the caption of this case.

Dated May 14, 2007, at Denver, Colorado.

                                        **BY THE COURT:**

                                        **s/ Robert E. Blackburn**
                                        **Robert E. Blackburn**
                                        **United States District Judge**