# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No.  04-cv-00781-REB-PAC

SHRINERS HOSPITALS FOR CHILDREN, a Colorado corporation,

    Plaintiff,

v.

QWEST COMMUNICATIONS INTERNATIONAL INC., a Delaware corporation having its principal office and place of business in Denver, Colorado, et al.,

    Defendants.

## MINUTE ORDER[1]

The matter comes before the court on the **Plaintiff's Motion for Leave of This Court to File the Within Plaintiff's Responsive Memorandum to Defendant Qwest Communications International, Inc.'s Reply Memorandum** [#131], filed May 11, 2007.  The motion is **DENIED**.  Plaintiff has not shown good cause to file a surreply.

Dated:  May 16, 2007

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.