# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No.  04-cv-00781-REB-PAC

SHRINERS HOSPITALS FOR CHILDREN, a Colorado corporation,

    Plaintiff,

v.

QWEST COMMUNICATIONS INTERNATIONAL INC., a Delaware corporation having its principal office and place of business in Denver, Colorado, et al.,

    Defendants.

## MINUTE ORDER[1]

    The matter comes before the court on the **Unopposed Motion for Leave To Submit Memorandum of Supplemental Citations of Authority by Qwest Communications International Inc. and Qwest Captial Funding in Connection With Their Motion To Dismiss Claims Filed in *Shriners Hospital For Children v. Arthur Andersen & Company*, et al.** [#138], filed August 17, 2007.  The motion is **GRANTED**, and the **Memorandum of Supplemental Citations of Authority By Qwest Communications International Inc. and Qwest Captial Funding in Connection With Their Motion To Dismiss Claims Filed in *Shriners Hospital For Children v. Arthur Andersen & Company*, et al.** [#139], is accepted for filing.

    Dated:  September 13, 2007

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.