## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Civil Case No.  04-cv-00781-REB-KLM
(Consolidated with Civil Action No. 06-cv-02189)

SHRINERS HOSPITALS FOR CHILDREN, a Colorado corporation,

    Plaintiff,

v.

QWEST COMMUNICATIONS INTERNATIONAL INC., a Delaware corporation having its principal office and place of business in Denver, Colorado,
JOEL M. ARNOLD,
WILLIAM L. EVELETH,
GRANT P. GRAHAM,
DOUGLAS K. HUTCHINS,
BRYAN K. TREADWAY,
JOHN M. WALKER,
RICHARD L. WESTON, and Does numbers 1 through 10,
ARTHUR ANDERSON & COMPANY,
PHILIP F. ANSCHUTZ,
GREGORY M. CASEY,
STEPHEN M. JACOBSEN,
AFSHIN MOHEBBI,
JOSEPH P. NACCHIO,
FRANK L. NOYES,
CRAIG D. SLATER
JAMES A. SMITH,
ROBIN R. SZELIGA,
DRAKE S. TEMPEST,
MARK B. WEISBERG, and
LEWIS O. WILKS, and Does numbers 1 through 10,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter comes before the court on the **Stipulation of Dismissal** [#148], filed

November 13, 2007. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation of Dismissal** [#148], filed November 13, 2007, is **APPROVED**;

2. That the above-captioned case, 04-cv-00781-REB-KLM, *Shriners Hospitals for Children v. Qwest Communications International, et al.*, consolidated with 06-cv-02189-REB-MEH, *Shriners Hospitals for Children v. Arthur Andersen & Company, et al.* is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated November 14, 2007, at Denver, Colorado.

        **BY THE COURT:**

        **s/ Robert E. Blackburn**
        **Robert E. Blackburn**
        **United States District Judge**